UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ELIZABETH J. MARCHI | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:17–CV–00360 |
| | § | |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | § § § | |
| | § | |
| Defendant. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On April 24, 2018, this case was referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1). Dkt. 6. On September 4, 2018, Judge Edison filed a Memorandum and Recommendation (Dkt. 11) recommending that Elizabeth J. Marchi's Motion for Summary Judgment (Dkt. 8) be DENIED; Nancy A. Berryhill, Acting Commissioner of the Social Security Administration's Motion for Summary Judgment (Dkt. 9) be GRANTED; and the decision of the Administrative Law Judge be AFFIRMED.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 11) be **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Elizabeth J. Marchi's Motion for Summary Judgment (Dkt. 8) be **GRANTED**;

(3) Nancy A. Berryhill, Acting Commissioner of the Social Security Administration's Motion for Summary Judgment (Dkt. 9) be **DENIED**; and

(4) The decision of the Administrative Law Judge be **AFFIRMED**.

It is so **ORDERED**.

SIGNED at Galveston, Texas, this 25th day of September, 2018.

_____
George C. Hanks Jr.
United States District Judge